UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
AMALGAMATED LIFE INSURANCE COMPANY,

                             Plaintiff,                    JUDGMENT
                                                                17-CV-00091 (PKC) (ST)

   -against-

KEISHA BOATSWAIN, KAWESI BOATSWAIN,
EUNEL TANNIS-BOATSWAIN, ROSAVAL
BOATSWAIN, MELONI BOATSWAIN,

                            Defendants.
------------------------------------------------------------ X

       An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on August 7, 2018, adopting the Report and Recommendation of Magistrate Judge Steven Tiscione, dated July 20, 2018, denying Defendant Eunel Tannis-Boatswain's Motion to Vacate Entry of Default and granting Plaintiff Amalgamated's Motion for Default Judgment as to Co-Defendants Eunel Tannis-Boatswain, Rosaval Boatswain, and Meloni Boatswain (collectively, "Co-Defendants") on the condition that Plaintiff deposit the proceeds of the disputed Life Insurance Policy, plus interest, with the Court Registry, 28 U.S.C. § 2361 and 28 U.S.C. § 1335; and an Order having been filed on August 23, 2018, granting Plaintiff's Motion for Default Judgment as to Eunel Tannis-Boatswain, Rosaval Boatswain, and Meloni Boatswain, who all are dismissed and enjoined from instituting any action or other proceeding in any state or United States court affecting the subject matters involved in this interpleader action; and directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that Defendant Eunel Tannis-Boatswain's Motion to Vacate Entry of Default is denied; and that Plaintiff having deposited with the Court Registry on 08/17/2018, a total of $31,639.73, representing the proceeds from the life insurance policy at

issue plus interest through the date of deposit, Plaintiff's Motion for Default Judgment is granted as to Eunel Tannis-Boatswain, Rosaval Boatswain, and Meloni Boatswain, who all are dismissed and enjoined from instituting any action or other proceeding in any state or United States court affecting the subject matters involved in this interpleader action.

Dated: Brooklyn, NY		Douglas C. Palmer
August 24, 2018		Clerk of Court

				By:	*/s/Jalitza Poveda*
					Deputy Clerk